**Exhibit 2: List of Sales by Plaintiff**

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales |
|---|---|---|---|
| 11/18/19 | 11,253 | $ 1.19 | $ 13,391.07 |
| 11/18/19 | 13,128 | $ 1.19 | $ 15,622.32 |
| 11/18/19 | 5,158 | $ 1.19 | $ 6,138.02 |
| 11/18/19 | 6,752 | $ 1.19 | $ 8,034.88 |
| 11/18/19 | 12,978 | $ 1.19 | $ 15,443.82 |
| 11/18/19 | 1,144 | $ 1.19 | $ 1,361.36 |
| 11/18/19 | 3,751 | $ 1.19 | $ 4,463.69 |
| 11/18/19 | 1,219 | $ 1.19 | $ 1,450.61 |
| 11/18/19 | 1,453 | $ 1.19 | $ 1,729.07 |
| 11/18/19 | 1,388 | $ 1.19 | $ 1,651.72 |
| 11/18/19 | 12,753 | $ 1.19 | $ 15,176.07 |
| 11/18/19 | 6,002 | $ 1.19 | $ 7,142.38 |
| 11/22/19 | 400,000 | $ 1.30 | $ 520,000.00 |
| 1/27/20 | 160,000 | $ 1.00 | $ 159,200.00 |
| 2/19/20 | 150,000 | $ 0.90 | $ 135,660.00 |
| 2/27/20 | 37,937 | $ 1.12 | $ 42,489.44 |
| 2/27/20 | 36,251 | $ 1.12 | $ 40,601.12 |
| 2/27/20 | 34,143 | $ 1.12 | $ 38,240.16 |
| 2/27/20 | 14,753 | $ 1.12 | $ 16,523.36 |
| 3/27/20 | 300,000 | $ 0.78 | $ 234,450.00 |
| 5/1/20 | 250,000 | $ 0.67 | $ 168,425.00 |
| 5/18/20 | 11,253 | $ 0.68 | $ 7,652.04 |
| 5/18/20 | 13,129 | $ 0.68 | $ 8,927.72 |
| 5/18/20 | 13,643 | $ 0.68 | $ 9,277.24 |
| 5/18/20 | 5,158 | $ 0.68 | $ 3,507.44 |
| 5/18/20 | 6,752 | $ 0.68 | $ 4,591.36 |
| 5/18/20 | 1,145 | $ 0.68 | $ 778.60 |
| 5/18/20 | 21,694 | $ 0.68 | $ 14,751.92 |
| 5/18/20 | 13,037 | $ 0.68 | $ 8,865.16 |
| 5/18/20 | 14,731 | $ 0.68 | $ 10,017.08 |
| 5/18/20 | 12,279 | $ 0.68 | $ 8,349.72 |
| 5/18/20 | 3,751 | $ 0.68 | $ 2,550.68 |
| 5/18/20 | 1,220 | $ 0.68 | $ 829.60 |
| 5/18/20 | 1,454 | $ 0.68 | $ 988.72 |
| 5/18/20 | 1,388 | $ 0.68 | $ 943.84 |
| 5/18/20 | 12,754 | $ 0.68 | $ 8,672.72 |
| 5/18/20 | 10,612 | $ 0.68 | $ 7,216.16 |
| 5/18/20 | 6,002 | $ 0.68 | $ 4,081.36 |

**Exhibit 2: List of Sales by Plaintiff**

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales |
|---|---|---|---|
| 7/17/20 | 50,000 | $ 1.68 | $ 84,000.00 |
| 8/19/20 | 6,746 | $ 1.29 | $ 8,702.34 |
| 8/19/20 | 75,000 | $ 1.29 | $ 96,750.00 |
| 8/19/20 | 6,371 | $ 1.29 | $ 8,218.59 |
| 8/19/20 | 6,446 | $ 1.29 | $ 8,315.34 |
| 8/19/20 | 8,545 | $ 1.29 | $ 11,023.05 |
| 8/19/20 | 6,071 | $ 1.29 | $ 7,831.59 |
| 8/19/20 | 5,247 | $ 1.29 | $ 6,768.63 |
| 8/24/20 | 28,892 | $ 1.10 | $ 31,781.20 |
| 8/25/20 | 129,700 | $ 1.06 | $ 137,482.00 |
| 8/26/20 | 1,009,418 | $ 1.16 | $ 1,170,924.88 |
| 9/2/20 | 133,655 | $ 1.11 | $ 148,357.05 |
| 10/7/20 | 941,000 | $ 1.05 | $ 988,050.00 |
| 10/9/20 | 25,323 | $ 0.92 | $ 23,297.16 |
| 10/9/20 | 50,000 | $ 0.93 | $ 46,250.00 |
| 10/12/20 | 56,469 | $ 0.91 | $ 51,386.79 |
| 10/13/20 | 178,756 | $ 0.88 | $ 157,305.28 |
| 10/14/20 | 125,327 | $ 0.87 | $ 109,034.49 |
| 10/15/20 | 526,770 | $ 0.86 | $ 453,022.20 |
| 10/16/20 | 389,620 | $ 0.81 | $ 315,592.20 |
| 10/19/20 | 215,082 | $ 0.85 | $ 182,819.70 |
| 10/21/20 | 64,683 | $ 0.81 | $ 52,393.23 |
| 10/22/20 | 69,135 | $ 0.75 | $ 51,851.25 |
| 10/27/20 | 67,775 | $ 0.72 | $ 48,798.00 |
| 10/28/20 | 229,680 | $ 0.69 | $ 158,479.20 |
| 10/29/20 | 152,598 | $ 0.70 | $ 106,818.60 |
| 10/30/20 | 100,147 | $ 0.66 | $ 66,097.02 |
| 11/2/20 | 149,894 | $ 0.69 | $ 103,426.86 |
| 11/3/20 | 70,070 | $ 0.67 | $ 46,946.90 |
| 11/4/20 | 41,602 | $ 0.67 | $ 27,873.34 |
| 11/5/20 | 98,792 | $ 0.70 | $ 69,154.40 |
| 11/6/20 | 41,135 | $ 0.69 | $ 28,383.15 |
| 11/9/20 | 92,779 | $ 0.70 | $ 64,945.30 |
| 11/10/20 | 104,698 | $ 0.66 | $ 69,100.68 |
| 11/11/20 | 126,692 | $ 0.68 | $ 86,150.56 |
| 11/12/20 | 159,790 | $ 0.67 | $ 107,059.30 |
| 11/13/20 | 153,743 | $ 0.65 | $ 99,932.95 |
| 11/16/20 | 92,992 | $ 0.64 | $ 59,514.88 |

**Exhibit 2: List of Sales by Plaintiff**

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales |
|---|---|---|---|
| 11/17/20 | 395,353 | $ 0.67 | $ 264,886.51 |
| 11/18/20 | 236,951 | $ 0.68 | $ 161,126.68 |
| 11/19/20 | 367,929 | $ 0.70 | $ 257,550.30 |
| 11/20/20 | 138,645 | $ 0.66 | $ 91,505.70 |
| 11/23/20 | 212,938 | $ 0.64 | $ 136,280.32 |
| 11/24/20 | 565,577 | $ 0.68 | $ 384,592.36 |
| 11/25/20 | 432,457 | $ 0.70 | $ 302,719.90 |
| 11/27/20 | 139,569 | $ 0.67 | $ 93,511.23 |
| 11/30/20 | 182,662 | $ 0.66 | $ 120,556.92 |
| 12/1/20 | 287,575 | $ 0.69 | $ 198,426.75 |
| 12/2/20 | 224,625 | $ 0.68 | $ 152,745.00 |
| 12/3/20 | 337,274 | $ 0.70 | $ 236,091.80 |
| 12/11/20 | 306,529 | $ 0.74 | $ 226,831.46 |
| 12/14/20 | 187,122 | $ 0.79 | $ 147,826.38 |
| 12/15/20 | 357,276 | $ 0.76 | $ 271,529.76 |
| 12/16/20 | 1,680,461 | $ 0.90 | $ 1,512,414.90 |
| 1/8/21 | 16,724 | $ 1.35 | $ 22,577.40 |
| 1/8/21 | 15,795 | $ 1.35 | $ 21,323.25 |
| 1/8/21 | 15,981 | $ 1.35 | $ 21,574.35 |
| 1/8/21 | 21,184 | $ 1.35 | $ 28,598.40 |
| 1/8/21 | 15,052 | $ 1.35 | $ 20,320.20 |
| 1/8/21 | 13,008 | $ 1.35 | $ 17,560.80 |
| 1/22/21 | 301,583 | $ 1.29 | $ 389,042.07 |
| 1/25/21 | 428,538 | $ 1.41 | $ 604,238.58 |
| 1/26/21 | 1,940,000 | $ 2.18 | $ 4,229,200.00 |
| 6/28/21 | 86,584 | $ 1.35 | $ 116,888.40 |
| 6/29/21 | 530,000 | $ 1.48 | $ 784,400.00 |
| 6/30/21 | 75,000 | $ 1.47 | $ 110,250.00 |
| 7/1/21 | 100,000 | $ 1.35 | $ 135,000.00 |
| 7/2/21 | 100,000 | $ 1.30 | $ 130,000.00 |
| 7/21/21 | 100,000 | $ 1.13 | $ 113,000.00 |
| 7/22/21 | 100,000 | $ 1.11 | $ 111,000.00 |
| 7/23/21 | 80,547 | $ 1.09 | $ 87,796.23 |
| 7/26/21 | 200,000 | $ 1.09 | $ 218,000.00 |
| 7/27/21 | 2,097 | $ 1.08 | $ 2,264.76 |
| 7/28/21 | 285,248 | $ 1.09 | $ 310,920.32 |
| 8/2/21 | 95,825 | $ 1.10 | $ 105,407.50 |
| 8/4/21 | 20,430 | $ 1.08 | $ 22,064.40 |

**Exhibit 2: List of Sales by Plaintiff**

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales |
|---|---|---|---|
| 8/5/21 | 37,700 | $ 1.05 | $ 39,585.00 |
| 8/6/21 | 545,840 | $ 1.07 | $ 584,048.80 |
| 8/9/21 | 23,885 | $ 1.15 | $ 27,467.75 |
| 9/2/21 | 20,135 | $ 1.15 | $ 23,155.25 |
| 9/13/21 | 28,901 | $ 1.06 | $ 30,635.06 |
| 9/14/21 | 2,246 | $ 1.05 | $ 2,358.30 |
| 9/16/21 | 29,763 | $ 1.01 | $ 30,060.63 |
| 9/17/21 | 102,405 | $ 1.05 | $ 107,525.25 |
| 9/28/21 | 57,191 | $ 0.96 | $ 54,903.36 |
| 9/29/21 | 18,354 | $ 0.96 | $ 17,619.84 |
| 9/30/21 | 88,503 | $ 0.93 | $ 82,307.79 |
| 10/1/21 | 93,490 | $ 0.93 | $ 86,945.70 |
| 10/4/21 | 47,400 | $ 0.88 | $ 41,712.00 |
| 10/5/21 | 139,714 | $ 0.89 | $ 124,345.46 |
| 10/6/21 | 74,048 | $ 0.88 | $ 65,162.24 |
| 10/11/21 | 100,000 | $ 0.93 | $ 93,000.00 |
| 10/13/21 | 35,124 | $ 0.95 | $ 33,367.80 |
| 10/15/21 | 216,519 | $ 1.00 | $ 216,519.00 |
| 10/18/21 | 5,148 | $ 1.03 | $ 5,302.44 |
| 10/20/21 | 3,600 | $ 1.08 | $ 3,888.00 |
| 10/21/21 | 8,000,000 | $ 1.64 | $ 13,120,000.00 |
| 10/22/21 | 1,410,615 | $ 5.65 | $ 7,969,974.75 |
| 8/17/22 | 100,000 | $ 1.68 | $ 168,000.00 |
| 8/17/22 | 100,000 | $ 1.68 | $ 168,040.00 |
| 8/18/22 | 70,000 | $ 1.54 | $ 107,800.00 |
| 8/18/22 | 70,000 | $ 1.54 | $ 107,912.00 |
| 9/14/22 | 1,350,500 | $ 1.77 | $ 2,390,385.00 |
| 9/14/22 | 1,350,500 | $ 1.77 | $ 2,391,870.55 |
| 9/15/22 | 254,274 | $ 1.89 | $ 480,577.86 |
| 9/15/22 | 254,274 | $ 1.89 | $ 481,264.40 |
| 9/16/22 | 336,201 | $ 1.80 | $ 605,161.80 |
| 9/16/22 | 336,201 | $ 1.80 | $ 605,800.58 |
| 9/19/22 | 82,485 | $ 1.80 | $ 148,473.00 |
| 9/19/22 | 82,485 | $ 1.80 | $ 148,497.75 |
| 11/7/22 | 430,000 | $ 1.53 | $ 658,158.00 |
| 3/9/23 | 2,316 | $ 0.82 | $ 1,903.06 |
| 3/9/23 | 27,125 | $ 0.82 | $ 22,288.61 |
| 3/9/23 | 34,100 | $ 0.82 | $ 28,019.97 |

**Exhibit 2: List of Sales by Plaintiff**

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales |
|---|---:|---:|---:|
| 3/9/23 | 33,495 | $ 0.82 | $ 27,522.84 |
| 3/9/23 | 31,964 | $ 0.82 | $ 26,264.82 |
| 3/9/23 | 29,063 | $ 0.82 | $ 23,881.07 |
| 3/9/23 | 23,122 | $ 0.82 | $ 18,999.35 |
| 3/9/23 | 2,486 | $ 0.82 | $ 2,042.75 |
| 3/9/23 | 26,520 | $ 0.82 | $ 21,791.48 |
| 3/9/23 | 8,670 | $ 0.82 | $ 7,124.14 |
| 3/9/23 | 2,814 | $ 0.82 | $ 2,312.26 |
| 3/9/23 | 2,571 | $ 0.82 | $ 2,112.59 |
| 3/9/23 | 9,820 | $ 0.82 | $ 8,069.09 |
| 3/9/23 | 9,266 | $ 0.82 | $ 7,613.87 |
| 3/9/23 | 2,391 | $ 0.82 | $ 1,964.68 |
| 3/9/23 | 2,890 | $ 0.82 | $ 2,374.71 |
| 3/9/23 | 31,114 | $ 0.82 | $ 25,566.37 |
| 3/9/23 | 2,285 | $ 0.82 | $ 1,877.58 |
| 3/9/23 | 26,011 | $ 0.82 | $ 21,373.24 |
| 3/9/23 | 8,351 | $ 0.82 | $ 6,862.02 |
| 3/9/23 | 21,423 | $ 0.82 | $ 17,603.28 |
| 4/19/23 | 20,000 | $ 0.67 | $ 13,394.00 |
| 4/20/23 | 43,700 | $ 0.63 | $ 27,491.67 |
| 4/21/23 | 24,400 | $ 0.62 | $ 15,054.80 |
| 4/24/23 | 28,805 | $ 0.61 | $ 17,588.33 |
| 4/25/23 | 20,400 | $ 0.60 | $ 12,295.08 |
| 4/26/23 | 42,100 | $ 0.56 | $ 23,702.30 |
| 4/27/23 | 42,227 | $ 0.58 | $ 24,436.76 |
| Total | 34,454,177 | | $ 50,636,412 |