UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHUNWARE, INC., <br><br> Plaintiff, <br><br> - against- <br><br><br> UBS SECURITIES LLC, <br><br> Defendant. | Civil Action: 23-cv-6426 <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Phunware, Inc. ("Plaintiff") certifies that Plaintiff is a publicly held company. Plaintiff does not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own ten percent or more of the stock of the Plaintiff.

Dated: July 25, 2023
     New York, New York

                                         Respectfully submitted,

                                         By: *Laura H. Posner*
                                            Laura H. Posner
                                            Michael B. Eisenkraft
                                            COHEN MILSTEIN SELLERS
                                              & TOLL PLLC
                                              88 Pine Street, 14th Floor
                                              New York, New York 10005
                                              Tel: (212) 838-7797
                                              Fax: (212) 838-7745
                                              lposner@cohenmilstein.com
                                              meisenkraft@cohenmilstein.com

2

Raymond M. Sarola (RS1010)
COHEN MILSTEIN SELLERS
 & TOLL PLLC
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5700
Fax: (267) 479-5701
rsarola@cohenmilstein.com

*Counsel for Plaintiff*