UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHUNWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UBS SECURITIES LLC, <br><br> Defendant. | Docket No. 1:23-cv-06426 |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Herbert S. Washer of Cahill Gordon & Reindel LLP, hereby enters his appearance as counsel for Defendant UBS Securities LLC in the above-captioned proceeding. I certify that I am admitted to practice in this Court. By filing this notice of entry of appearance, Defendant does not waive, and specifically preserves, their rights to assert any and all defenses in the matter, including but not limited to improper venue and lack of personal jurisdiction.

Dated: August 28, 2023                               Respectfully submitted,

                                                      /s/ Herbert S. Washer
                                                      Herbert S. Washer
                                                      **CAHILL GORDON & REINDEL LLP**
                                                      32 Old Slip
                                                      New York, New York 10005
                                                      (212) 701-3000
                                                      hwasher@cahill.com