UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PHUNWARE, INC.,

        Plaintiff,

vs.

UBS SECURITIES LLC,

        Defendant.

Docket No. 1:23-cv-06426

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(b)(1) of the Federal Rules of Civil Procedure, Defendant UBS Securities LLC, by and through its undersigned counsel, Cahill Gordon & Reindel LLP, certifies as follows:

(1) Defendant UBS Securities LLC's direct corporate parents are UBS Americas Inc. and UBS Americas Holding LLC;

(2) UBS Americas Inc. is wholly owned by UBS Americas Holding LLC;

(3) UBS Americas Holdings LLC is wholly owned by UBS AG;

(4) UBS AG is wholly owned by UBS Group AG, a publicly-traded company;

(5) UBS Group AG has no parent company, and to its knowledge, no publicly held corporation owns ten percent or more of its stock.

|  |  |
|---|---|
| Dated: New York, New York<br>August 28, 2023 | **CAHILL GORDON & REINDEL LLP**<br><br>/s/ Herbert S. Washer<br>Herbert S. Washer<br>Tammy L. Roy<br>32 Old Slip<br>New York, New York 10005<br>212-701-3000 (Telephone)<br>212-269-5420 (Facsimile)<br>hwasher@cahill.com<br>troy@cahill.com<br><br>*Attorneys for Defendant*<br>*UBS Securities LLC* |