UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHUNWARE, INC.,

                Plaintiff,

-against-

UBS SECURITIES LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/29/2023
```

23 Civ. 6426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the proposed joint stipulation regarding service and time to respond to the complaint. *See* ECF No. 12. The proposed joint stipulation states that, "[u]pon resolution of Defendant's motion to dismiss, the parties will promptly submit a Case Management Plan and Scheduling Order to the Court." *Id.* ¶ 5. The Court will not stay discovery pending its decision on any motion absent extraordinary circumstances. *See* ECF No. 6 (setting a deadline of September 25, 2023, for submission of a Case Management Plan and Scheduling Order).

    Accordingly, by **September 5, 2023**, the parties shall file a revised proposed joint stipulation.

    SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge