UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHUNWARE, INC.,

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _09/01/2023_ |

Plaintiff,

-against-

23 Civ. 6426 (AT)

UBS SECURITIES LLC,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated September 1, 2023. *See* ECF No. 14.

By **September 5, 2023**, Plaintiff is directed to respond, including whether it intends to move for relief from the automatic stay of discovery under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B).

The parties' deadline to file a revised proposed joint stipulation is adjourned *sine die*.

SO ORDERED.

Dated: September 1, 2023
New York, New York

ANALISA TORRES
United States District Judge