## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PHUNWARE, INC.,

                Plaintiff,

    -against-

UBS SECURITIES LLC.

              Defendant.

Civil Action 1:23-cv-06426-AT

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Raymond M. Sarola of the law firm Cohen Milstein Sellers & Toll PLLC hereby appears on behalf of Plaintiff Phunware, Inc. in this action.

    I hereby certify that I am admitted to practice before this Court.

Dated:  September 8, 2023

By:  _/s/ Raymond M. Sarola_____
Raymond M. Sarola (RS1010)
Cohen Milstein Sellers & Toll PLLC
Two Logan Square
100-120 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel:  (267) 479-5700
Fax:  (267) 479-5701
rsarola@cohenmilstein.com

*Attorney for Plaintiff Phunware, Inc.*