# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | MARK LOFTUS | JOSIAH M. SLOTNICK |
| HELENE R. BANKS | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | JOHN MacGREGOR | RICHARD A. STIEGLITZ JR. |
| ANIRUDH BANSAL | JONATHAN J. FRANKEL | | BRIAN T. MARKLEY | SUSANNA M. SUH |
| LANDIS C. BEST | SESI GARIMELLA | | MEGHAN N. McDERMOTT | ANTHONY K. TAMA |
| CHRISTOPHER BEVAN | ARIEL GOLDMAN | 1990 K STREET, N.W. | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| BROCKTON B. BOSSON | PATRICK GORDON | WASHINGTON, DC 20006-1181 | EDWARD N. MOSS | HERBERT S. WASHER |
| JONATHAN BROWNSON * | JASON M. HALL | (202) 862-8900 | JOEL MOSS | MICHAEL B. WEISS |
| DONNA M. BRYAN | STEPHEN HARPER | | NOAH B. NEWITZ | DAVID WISHENGRAD |
| EMEKA C. CHINWUBA | WILLIAM M. HARTNETT | CAHILL GORDON & REINDEL (UK) LLP | WARREN NEWTON § | C. ANTHONY WOLFE |
| JOYDEEP CHOUDHURI * | CRAIG M. HOROWITZ | 20 FENCHURCH STREET | DAVID R. OWEN | ELIZABETH M. YAHL |
| JAMES J. CLARK | TIMOTHY B. HOWELL | LONDON EC3M 3BY | JOHN PAPACHRISTOS | |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | +44 (0) 20 7920 9800 | LUIS R. PENALVER | |
| AYANO K. CREED | JAKE KEAVENY | | SHEILA C. RAMESH | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | MICHAEL W. REDDY | * ADMITTED AS A SOLICITOR IN |
| SEAN M. DAVIS | RICHARD KELLY | WRITER'S DIRECT NUMBER | OLEG REZZY | ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | THOMAS ROCHER * | ± ADMITTED AS A SOLICITOR IN |
| ADAM M. DWORKIN | JOEL KURTZBERG | | THORN ROSENTHAL | WESTERN AUSTRALIA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | TAMMY L. ROY | ‡ ADMITTED IN DC ONLY |
| SAMSON A. ENZER | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | § ADMITTED AS AN ATTORNEY |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ANDREW SCHWARTZ | IN THE REPUBLIC OF SOUTH AFRICA |
| GERALD J. FLATTMANN JR. | GEOFFREY E. LIEBMANN | | DARREN SILVER | ONLY |

(212) 701-3435

September 22, 2023

Re:   *Phunware, Inc.* v. *UBS Securities LLC*,
      No. 1:23-cv-06426-AT

Dear Judge Torres:

We represent Plaintiff Phunware, Inc. and Defendant UBS Securities LLC, respectively, in the above-referenced action. Pursuant to this Court's July 26, 2023 Order (the "Order") (ECF 8),[1] the parties write to inform the Court that the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge.

Respectfully submitted,

*/s/ Laura H. Posner*  
Laura H. Posner  
*Counsel for Plaintiff Phunware, Inc.*

*/s/ Herbert S. Washer*  
Herbert S. Washer  
*Counsel for UBS Securities LLC*

**VIA ECF**

---

[1] The Order provides: "If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, by September 25, 2023, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent."