UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHUNWARE, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UBS SECURITIES LLC,<br><br>　　　　　Defendant. | Docket No.  1:23-cv-06426 |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Vishwani Singh of Cahill Gordon & Reindel LLP, hereby enters her appearance as counsel for Defendant UBS Securities LLC in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.  By filing this notice of entry of appearance, Defendant does not waive, and specifically preserves, its rights to assert any and all defenses in the matter, including but not limited to improper venue and lack of personal jurisdiction.

Dated:  October 6, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　  /s/ Vishwani Singh
　　　　　　　　　　　　　　　　　　　　Vishwani Singh
　　　　　　　　　　　　　　　　　　　　**CAHILL GORDON & REINDEL LLP**
　　　　　　　　　　　　　　　　　　　　32 Old Slip
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　(212) 701-3000
　　　　　　　　　　　　　　　　　　　　vsingh@cahill.com