UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHUNWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UBS SECURITIES LLC, <br><br> Defendant. | Docket No.  1:23-cv-06426 |

NOTICE OF MOTION BY DEFENDANT TO DISMISS
THE COMPLAINT FOR FAILURE TO STATE A CLAIM

**PLEASE TAKE NOTICE** that Defendant UBS Securities LLC ("Defendant"), upon the Complaint filed by Plaintiff in the above-captioned proceeding and the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint for Failure to State a Claim, will move, by and through its undersigned counsel, before the Honorable Analisa Torres, United States District Court Judge for the Southern District of New York, on such date that the Court will determine, for an Order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing with prejudice the Complaint filed by Plaintiff in the above-captioned proceeding.

Dated: October 6, 2023
      New York, New York

**CAHILL GORDON & REINDEL LLP**

By: /s/ Herbert S. Washer
    Herbert S. Washer
    Tammy L. Roy
    Vishwani Singh
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
troy@cahill.com
vsingh@cahill.com

*Attorneys for UBS Securities LLC*