# COHEN MILSTEIN

October 16, 2023

Laura Posner
(212) 220-2925
lposner@cohenmilstein.com

<u>*Via ECF*</u>

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>***Phunware, Inc. v. UBS Securities LLC*, No. 1:23-cv-06426-AT**</u>

Dear Judge Torres:

      We write on behalf of Plaintiff Phunware, Inc. pursuant to the parties' Joint Stipulation Regarding Service and Time to Respond to Complaint, which was so ordered by this Court on September 6, 2023 (ECF 17) ("Joint Stipulation"). Item 4.b. of the Joint Stipulation provides that, if Defendant moves to dismiss the Complaint, Plaintiff shall notify the Court and Defendant in writing on or before October 16, 2023, whether (1) it intends to file an amended pleading and when it will do so; or (2) it will rely on the pleading being attacked.

      Plaintiff hereby informs the Court and Defendant that it does not intend to amend its Complaint at this time and will rely on that pleading in opposing Defendant's motion to dismiss (ECF 21-22). Plaintiff will file its opposition brief on or before December 5, 2023.

Respectfully submitted,

By: */s/ Laura H. Posner*
Laura H. Posner
Michael B. Eisenkraft
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 220-2925
Fax: (212) 838-7745

Page 2

                                            Raymond M. Sarola
                                            **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                            Two Logan Square
                                            100-120 N. 18th Street, Suite 1820
                                            Philadelphia, PA 19103
                                            Tel: (267) 479-5700
                                            Fax: (267) 479-5701

                                            *Counsel for Plaintiff*

cc: Counsel of record (via ECF)