UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHUNWARE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> UBS SECURITIES LLC, <br><br> Defendant(s). | 23-CV-6426 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. In accordance with the parties' joint stipulation dated September 6, 2023, and Plaintiff's letter of October 16, 2023, Plaintiff shall file its opposition to Defendant's motion to dismiss by December 5, 2023, and Defendant shall file its reply by January 4, 2024.

Dated: October 23, 2023
       New York, New York

                                                          DALE E. HO
                                               United States District Judge