UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHUNWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBC SECURITIES LLC, <br><br> Defendant. | 23-CV-6426 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

    In light of Defendant's anticipated motion to dismiss, *see* ECF Nos. 35 and 36, the pretrial conference set for January 15, 2025, is ADJOURNED SINE DIE, as is the January 8, 2025, deadline for the parties to file a joint status letter and proposed Civil Case Management Plan.

    SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                              DALE E. HO
                                               United States District Judge