UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Phunware, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> UBS Securities LLC, <br><br> Defendant(s). | 23-CV-6426 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On **October 8, 2025**, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **October 15, 2025** at **10:30 a.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**. If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: October 14, 2025
New York, New York

_____
DALE E. HO
United States District Judge